**MAYER BROWN LLP**
ROBERT C. DOUBLE III (SBN 301637)
*rdouble@mayerbrown.com*
350 South Grand Avenue, 25th Floor
Los Angeles, California 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

**MAYER BROWN LLP**
DEBRA BOGO-ERNST (*pro hac to follow*)
MICHAEL BORNHORST (*pro hac to follow*)
*dernst@mayerbrown.com*
*mbornhorst@mayerbrown.com*
71 S. Wacker Drive
Chicago, Illinois 60606
Telephone (312) 782-0600
Facsimile: (312) 706-9302

*Attorneys for Defendants Cenlar FSB and CitiMortgage, Inc.*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JILL S. ROBERTS WILSON, <br><br> Plaintiff, <br><br> vs. <br><br> CENLAR CAPITAL CORPORATION d.b.a. CENLAR FSB; CITIMORTGAGE, INC.; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 2:19-cv-01197 <br><br> **ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT BY 30 DAYS** <br><br> Hon. Judge William B. Shubb |

Having considered the Parties' Stipulation seeking to extend Defendant Cenlar FSB's and Defendant CitiMortgage, Inc.'s (together "Defendants") deadline to respond to Plaintiff's Complaint, and for good cause showing, the extension requested by way of the Stipulation is GRANTED and Defendants shall have through and including September 4, 2019 to file their response to Plaintiff's Complaint.

**IT IS SO ORDERED.**

Dated: August 5, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE