UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| JILL S. ROBERTS WILSON,<br><br>        Plaintiff,<br><br>   v.<br><br>CENLAR CAPITAL CORPORATION d.b.a. CENLAR FSB; CITIMORTGAGE, INC.; and DOES 1-10,<br><br>        Defendants. | No. 2:19-cv-01197-WBS-KJN<br><br><br>ORDER |

----oo0oo----

On October 16, 2019, defendants moved to dismiss plaintiff's complaint and noticed the hearing on the motion for December 16, 2019. Defendants' counsel traveled from Chicago for the hearing. Plaintiff's counsel, by contrast, failed to appear, notwithstanding his acknowledgement of the hearing when he requested to appear by telephone and the court's denial of that request. Accordingly, the court hereby ORDERS plaintiff's counsel to show cause on or before January 6, 2020, why the court should not compel plaintiff's counsel to indemnify defendants'

1

counsel for his costs and attorney fees incurred in traveling to Sacramento to attend the hearing.

Further, pursuant to discussion with defense counsel at the hearing on December 16, 2019, the parties shall brief the questions of whether the case should be remanded to the state court pursuant to 28 U.S.C. § 1367(c) now that the only federal claim has been dismissed, and whether the court may alternatively retain jurisdiction based on diversity of citizenship under 28 U.S.C. § 1332. Defendants' brief and any supporting documentation shall be filed on or before December 30, 2019. Plaintiff's response and any supporting documentation shall be filed on or before January 6, 2020. Replies by either party shall be filed on or before January 13, 2020.

Defendant's reply to plaintiff's showing of good cause for counsel's failure to appear, shall include any documentation of defense counsel's costs and attorney's fees incurred in connection with the December 16, 2019 hearing.

The hearing on defendants' Motion to Dismiss (Docket No. 17) is continued to January 21, 2020, at 1:30 p.m. The court will also hear arguments on the jurisdictional issue as well as the Order to Show Cause at that time.

IT IS SO ORDERED.

Dated: December 18, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2