**MAYER BROWN LLP**
ANDREW Z. EDELSTEIN (SBN 218023)
*aedelstein@mayerbrown.com*
350 South Grand Avenue, 25th Floor
Los Angeles, California 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

**MAYER BROWN LLP**
MICHAEL BORNHORST (*pro hac vice*)
*mbornhorst@mayerbrown.com*
71 S. Wacker Drive
Chicago, Illinois 60606
Telephone (312) 782-0600
Facsimile: (312) 706-9302

*Attorneys for Defendants Cenlar FSB and CitiMortgage, Inc.*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JILL S. ROBERTS WILSON,<br><br>Plaintiff,<br><br>vs.<br><br>CENLAR CAPITAL CORPORATION d.b.a. CENLAR FSB; CITIMORTGAGE, INC.; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:19-cv-01197<br><br>**ORDER EXTENDING DEFENDANTS' TIME TO FILE JURISDICTIONAL BRIEF BY 7 DAYS** |

Having considered the Parties' Stipulation seeking to extend Defendant Cenlar FSB's and Defendant CitiMortgage, Inc.'s (together "Defendants") deadline to file a submission regarding this Court's continued jurisdiction over this matter, and for good cause showing, the extension requested by way of the Stipulation is GRANTED. Accordingly, (1) Defendants shall have through and including January 6, 2020 to file their submission regarding jurisdiction, (2) Plaintiff shall have through January 13, 2020 to file any response, and (3) Defendants shall have through

January 16, 2020 to file any reply. All other existing dates and deadlines in this matter remain unchanged.

**IT IS SO ORDERED.**

Dated: December 27, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE