UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| JILL S. ROBERTS WILSON, | No. 2:19-cv-01197 WBS KJN |
| Plaintiff, | |
| v. | ORDER |
| CENLAR CAPITAL CORPORATION d.b.a. CENLAR FSB; CITIMORTGAGE, INC.; and DOES 1-10, | |
| Defendants. | |

----oo0oo----

The court set the hearing on defendants' motion to dismiss (Docket No. 17) for December 16, 2019. After plaintiff's counsel failed to appear at the hearing, the court ordered counsel to show good cause why the court should not compel plaintiff's counsel to indemnify defendants' counsel for his cost of travel. (Docket No. 22.) The court also requested supplemental briefing on whether the court has diversity jurisdiction under 28 U.S.C. § 1332. (Id.) The hearing on

1

defendant's motion to dismiss, plaintiff's showing of good cause, and the court's jurisdiction was set for January 21, 2020.

After considering the documents submitted and hearing from counsel, the court concludes that counsel has failed to show good cause for his nonappearance. However, the parties represented that a settlement of this is likely, and therefore requested that the court hold in abeyance any sanctions against plaintiff's counsel. The court will grant the parties' request. This matter will therefore proceed as follows. Defense counsel shall file his bill for the expenses related to his appearance at the December 16, 2019 hearing within three days of the filing of this order. The hearing on defendant's motion to dismiss and the court's jurisdiction is hereby CONTINUED to February 10, 2020 at 1:30 p.m. If the parties do not reach a settlement and instead opt to argue the motion to dismiss and this court's jurisdiction at the February 10 hearing, plaintiff's counsel shall pay defense counsel's expenses prior to the February 10 hearing.

IT IS SO ORDERED.

Dated: January 22, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE