| | |
|---|---|
| 1 | **MAYER BROWN LLP** |
| | ANDREW Z. EDELSTEIN (SBN 218023) |
| 2 | *aedelstien@mayerbrown.com* |
| | 350 South Grand Avenue, 25th |
| 3 | Floor |
| | Los Angeles, California 90071- |
| 4 | 1503 |
| 5 | Telephone:     (213) 229-9500 |
| | Facsimile:     (213) 625-0248 |
| 6 | |
| | **MAYER BROWN LLP** |
| 7 | MICHAEL BORNHORST (*admitted pro hac vice*) |
| 8 | *mbornhorst@mayerbrown.com* |
| 9 | 71 S. Wacker Drive |
| | Chicago, Illinois  60606 |
| 10 | Telephone (312) 782-0600 |
| | Facsimile: (312) 706-9302 |
| 11 | |
| 12 | *Attorneys for Defendants Cenlar FSB and CitiMortgage, Inc.* |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JILL S. ROBERTS WILSON, | Case No. 2:19-cv-01197 WBS |
| Plaintiff, | **ORDER EXTENDING DEADLINE TO FILE DISMISSAL PAPERS AND CONTINUING STATUS CONFERENCE** |
| vs. | |
| CENLAR CAPITAL CORPORATION d.b.a. CENLAR FSB; CITIMORTGAGE, INC.; and DOES 1-10, inclusive, | |
| Defendants. | |

Having considered Defendant Cenlar FSB's and Defendant CitiMortgage, Inc.'s (together "Defendants") motion to extend the deadline to file dismissal papers and continue the status conference, and for good cause showing, the extension requested by way of the motion is GRANTED. Accordingly, (1) Plaintiff Jill Wilson and Defendants shall have through and including **June 29, 2020** to file their dismissal documents pursuant to Local Rule 160(b) or a joint status report if settlement has not been finalized by that date; and (2) the upcoming Status Conference is continued to **July 6, 2020 at 1:30 p.m**.

**IT IS SO ORDERED.**

**Dated: April 3, 2020**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE