**MAYER BROWN LLP**
ANDREW Z. EDELSTEIN (SBN 218023)
*aedelstien@mayerbrown.com*
350 South Grand Avenue, 25th Floor
Los Angeles, California 90071-1503
Telephone:     (213) 229-9500
Facsimile:     (213) 625-0248

**MAYER BROWN LLP**
MICHAEL BORNHORST (*admitted pro hac vice*)
*mbornhorst@mayerbrown.com*
71 S. Wacker Drive
Chicago, Illinois  60606
Telephone (312) 782-0600
Facsimile: (312) 706-9302

*Attorneys for Defendants Cenlar FSB and CitiMortgage, Inc.*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JILL S. ROBERTS WILSON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CENLAR CAPITAL CORPORATION d.b.a. CENLAR FSB; CITIMORTGAGE, INC.; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 2:19-cv-01197<br><br>**ORDER EXTENDING DEADLINE TO FILE DISMISSAL PAPERS AND CONTINUING STATUS CONFERENCE**<br><br>Hon. Judge William B. Shubb |

Having considered Defendant Cenlar FSB's and Defendant CitiMortgage, Inc.'s (together "Defendants") motion to extend the deadline to file dismissal papers and continue the status conference, and for good cause showing, the extension requested by way of the motion is GRANTED. Accordingly, Plaintiff Jill Wilson and Defendants shall have through and including **August 3, 2020** to file their dismissal documents pursuant to Local Rule 160(b), or a further joint status report if settlement has not been finalized by that date.  The upcoming Status Conference is continued to **August 17, 2020 at 1:30 p.m**.

**IT IS SO ORDERED.**

Dated:   June 30, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE