**CDLG, PC**
Tony Cara, Esq., SBN: 170720
2973 Harbor Boulevard, Suite 594
Costa Mesa, CA 92626-3912
Phone: (888) 615-6765
Fax: (888) 660-8874
E-mail: cdlglawyer@gmail.com

Attorneys for Plaintiff,
JILL S. ROBERTS WILSON

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JILL S. ROBERTS WILSON,<br><br>     Plaintiffs,<br><br>     v.<br><br>CENLAR CAPITAL CORPORATION D.B.A. CENLAR FSB; CITIMORTGAGE, INC.; and DOES 1 through 10, inclusive,<br><br>     Defendants. | **CASE NO. 2:19-cv-01197-WBS-KJN**<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL OF ACTION** |

**TO ALL INTERESTED PARTIES AND THEIR COUNSELS OF RECORD HEREIN:**

The Court, having considered the documents on file rules that the stipulation of dismissal with prejudice be **GRANTED**.

Thus, the stipulation of dismissal completely terminates the above-entitled action against all parties. Each party will bear its/his own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated:  August 5, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE